**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 368 WAL 2014
                                                    :

                Respondent          :

                                                    : Petition for Allowance of Appeal from the
                                                    : Order of the Superior Court

             v.                      :

                                                      :

                                                      :

GERALD WOODS, A/K/A AKI BIVENS,   :

                                                      :

                Petitioner           :


## ORDER


**PER CURIAM**

      **AND NOW**, this 4th day of December, 2014, the Petition for Allowance of Appeal

is **DENIED**.